**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

VLADIMIR KRULL,

Petitioner,

-against-

ROSSANA ROSADO,

Respondent.

---------------------------------------------------------------X

25 **CIVIL** 6400 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2026, the motion to dismiss [ECF No. 11] is GRANTED, the Petition is DISMISSED for lack of jurisdiction, and the Court has declined to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c). Indeed, in light of the nature of Petitioner's crimes, the fact that he was a law enforcement officer, the lenient sentence he received, and the outcomes of his prior state court proceedings, this Court granting Petitioner the relief he seeks would make a mockery of justice; accordingly, the case is closed.

**Dated:** New York, New York
September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**